IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5:06-CR-107 (WDO) |
| **GENARO LOPEZ-DIAZ**, | Violation(s): Drug Related |
| Defendant | |

# ORDER OF CONTINUANCE AND FOR TEMPORARY DETENTION

Upon the INITIAL APPEARANCE this day of GENARO LOPEZ-DIAZ before the undersigned, said defendant was advised of the allegations set forth against him in the indictment herein and of his legal and consitutional rights.  The court noted that his counsel of record, Ms. Althea Buafo of the Macon Bar was unable to be in attendance because of a required appearance at trial in the Superior Court of Bibb County, Georgia.  Accordingly, this matter is CONTINUED to

## 2:30 P. M. on November 1, 2006.

In the meantime, defendant LOPEZ-DIAZ shall be TEMPORARILY DETAINED in the custody of the United States Marshal who shall return him to court for said continued hearing which shall include consideration of the issue of release from custody.

SO ORDERED AND DIRECTED, this 30th day of OCTOBER, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE